Harvey P. Short
1001 Centre Way
Charleston, WV 25309,

       Plaintiff

    v.



FILED
OCT - 3 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District West Virginia

2:06-0852

William J. Charnock
Kanawha County Prosecutor's Office
700 Washington Street, East
Charleston, WV 25301; and,
Charleston Police Department
City of Charleston
Mayor Danny Jones
Brent Webster, Police Chief
Officer Van Horn
Officer Cooper
Officer Kuhner
Charleston, WV 25301; and,

Taser International, Inc.
9760 East McClain Drive
    Suite 2
Scottsdale, Ar 85260; and,

    Defendants

FILED

OCT -3

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Harvey P. Short
1001 Centre Way
Charleston, WV 25309

_____    _____

*(Enter above the full name of the plaintiff*        *(Inmate Reg.# of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                          **CIVIL ACTION NO.**_____
                                    *(Number to be assigned by Court)*

William J. Charnock, et al
700 Washington Street, East
Charleston, WV 25301

_____

*(Enter above the full name of the defendant*
*or defendants in this action).*

## COMPLAINT

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?

        Yes _____    No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs: _____

_____

_____

Defendants: _____

_____

_____

2.  Court (if federal court, name the district; if state court, name the county):

_____

_____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

_____

5.  Disposition (for example: Was the case dismissed? Was it appealed?  Is it still pending?)

_____

_____

6.  Approximate date of filing lawsuit:_____

7.  Approximate date of disposition:_____

**II.** **Place of Present Confinement:** South Central Regional Jail

    **A.** Is there a prisoner grievance procedure in this institution?

                Yes __✓__           No ____

    **B.** Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                Yes ____           No __✓__

    **C.** If your answer is YES:

        **1.** What steps did you take?_____

                _____

        **2.** What was the result?_____

                _____

    **D.** If your answer is NO, explain why not: Relief Cannot Be Granted

**III.** **Parties**

    (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    **A.** Name of Plaintiff: Harvey P. Short #1165915

        Address: 1001 Centre Way Charleston, WV 25309

    **B.** Additional Plaintiffs and Address:_____

        _____

        _____

        _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant  William J. Charnock

is employed as  Prosecutor

at  Kanawha County Prosecutor's Office

D.  Additional defendants:  Kanawha County Prosecutor Office

Charleston Police Department  City of Charleston

Danny Jones
Brent Webster
Officer Van Horn
Officer Cooper
Officer Kuhner
Taser International Inc.

IV.  **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

See Facts Attached.

4

1) On September 14, 2005, Officer Van Horn approached the Plaintiff while the Plaintiff was sleeping at an abandon house and shot the Plaintiff with a taser without warning or justification;

2) The taser had malfunctioned and was in a dangerous and defective condition due to manufacturer error;

3) That the Plaintiff suffered serious injury after being shot by Officer Van Horn of Charleston Police Department;

4) Three (3) Charleston Police Officers, Van Horn, Kuhner, and Cooper threw the plaintiff head first on a steel floor and a concrete floor while the Plaintiff was handcuffed from behind his back;

5) That the officers used racial slurs at the Plaintiff during this incident;

6) That the plaintiff suffered head and back injury as a result of the Defendants' actions in paragraph #3;

7) That the taser was inherently dangerous and negligently manufactured by Taser International, Inc.;

8) That Chief Brent Webster and Mayor Danny Jones bought the tasers from Taser International, Inc. to be used by police officers in Charleston without knowledge of its dangers, proper inspection, or investigation of the deaths and injury caused by the taser, or proper training;

9) That Officer Van Horn was not properly trained by the City of Charleston and its Police Department to use the taser and that the taser was dangerous and not properly manufactured by Taser International, Inc for its intended use after over 150 people have died after getting shot with it;

10) That the City of Charleston's policy, custom, and regulation allowed the Defendant Van Horn to use the defective taser without proper training, without proper repair, without proper investigation, or consultation with Taser International, Inc about its risks of death and serious bodily injury;

11) Taser International, Inc. misrepresented the safety of its taser to the Defendants Van Horn,

Brent Webster, Danny Jones, and The City of Charleston;

12) That the Defendant Taser International, Inc.'s taser jammed and/or malfunctioned and the Plaintiff was subjected to 50,000 volts for a longer period of time than the taser was designed to;

13) On 9/14/06, Defendant Van Horn stopped the Plaintiff while investigating a robbery;

14) That the Defendant Van Horn shot the Plaintiff after stopping the Plaintiff;

15) That Defendant Van Horn maliciously prosecuted and charged the Plaintiff with fleeing to justify shooting the Plaintiff with the taser;

16) However, the fleeing charge was dismissed or dropped after the grand jury failed to indict;

17) That Defendant Van Horn maliciously, wrongly, and illegally charged the Plaintiff with fleeing, but it was dismissed after 6 months in jail;

18) That the City of Charleston and the Charleston Police Depart-

ment assisted Van Horn in maliciously charging the Plaintiff with fleeing;

19) That the Kanawha County Prosecutor's Office and William J. Charnock allowed the malicious and illegal charge to hold the Plaintiff in jail for 6 months; and,

20) The Plaintiff states that he is entitled to damages under Heck v. Humphrey, 512 U.S 477 488 (1994), because the charge was dismissed or dropped and his 4th Amendment U.S Constitutional Rights to be free of illegal seizures and charges were violated by the Defendants and the criminal proceedings on the Fleeing charged was terminated in his favor in addition the Plaintiff was denied due process of law by the Defendants;

21) That the Defendants knew that they had no factual basis for the charge but continued to prosecute the Plaintiff anyway to violate his constitutional rights. That is was without probable cause.

**IV. Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

**V.    RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiff prays for compensatory and punitive damages in the following amounts:

1) $500,000.00 against each defendant in punitive damages; and,

2) $300,000.00 against each defendant in compensation.

**V. Relief (continued)**

_____

_____

_____

_____

_____


**VII.    Counsel**

A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____        No _____

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons:_____

_____

C.  Have you previously had a lawyer representing you in a civil action in this court?

Yes _____        No _____

If so, state the lawyer's name and address:

_____

_____

Signed this _29th_ day of _September_ ,20_06_.

*Harvey P. Short*

*1001 Centre Way*

*Charleston, WV 25309*

_Harvey P. Short_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _29th day of September._
(Date)

_Harvey Short_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)